# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| RAVGEN, INC.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>NATERA, INC. and NSTX, INC.,<br><br>　　　　　　Defendants. | Civil Action No. 6:20-cv-451-ADA<br><br>**JURY TRIAL DEMANDED** |

## ORDER

The Court, having reviewed and considered Defendants Natera, Inc. and NSTX, Inc.'s Unopposed Motion to Transfer Venue to the Austin Division, does hereby ORDER that the above-captioned action be TRANSFERRED to the Austin division but remain on the docket of United States District Judge Alan D. Albright.

SIGNED this  25th   day of  June    , 2020.

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT COURT JUDGE

1